# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Stephen S. Holland,**<br><br>    Plaintiff,<br><br>v.<br><br>**Equifax Information Services L.L.C.,** *et al.,*<br><br>    Defendants. | No.  CV05-3279-PHX-MHM<br><br><br><br>**ORDER** |

Pursuant to Plaintiff's and Defendant Equifax Information Services, LLC's Joint Stipulation and Motion for Dismissal with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

**IT IS FURTHER ORDERED** each party will bear its own costs and attorney's fees incurred herein.

DATED this 18th day of January, 2007.

_____
Mary H. Murgia
United States District Judge